SWARTZ, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. February 21, 1913.) Action by Nathan Swartz, an infant, against the City of New York. M. L. Malevinsky, of New York City, for appellant. H. Crone, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 138 N. Y. Supp. 1145.

THOMAS, Respondent, v. SOLVAY PROCESS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 5, 1913.) Action by Frederick Thomas against the Solvay Process Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that the evidence fails to establish actionable negligence against the defendant, and also fails to establish that the plaintiff was free from contributory negligence.

ROBSON, J., dissents.

In re THUMM. (Supreme Court, Appellate Division, First Department. March 14, 1913.) In the matter of Chas. F. Thumm. No opinion. Referred to official referee. Settle order on notice.

TIFFANY et al., Respondents, v. BUFFALO HARBOR LAND CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 5, 1913.) Action by Nelson O. Tiffany, Jr., and another against the Buffalo Harbor Land Company. No opinion. Motion granted, and appeal dismissed, with costs.

TOMLINSON et al., Respondents, v. TOMLINSON, Appellant. (Supreme Court, Appellate Division, First Department. February 21, 1913.) Action by John C. Tomlinson and others against Theodore E. Tomlinson. L. L. Kellogg, of New York City, for appellant. H. Escher, Jr., of Brooklyn, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 149 App. Div. 913, 133 N. Y. Supp. 1146.

TOMS, Respondent, v. TOWN OF NEWFANE, NIAGARA COUNTY, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 28, 1913.) Action by Imo W. Toms against the Town of Newfane, Niagara County, N. Y. No opinion. Motion for reargument (of 139 N. Y. Supp. 1147) denied, without costs.

TOTTINGHAM, Respondent, v. SOLVAY PROCESS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 5, 1913.) Action by Lewis B. Tottingham against the Solvay Process Company. No opinion. Judgment and order affirmed, with costs. Appeal to Court of Appeals denied, 140 N. Y. Supp. 1148.

TOTTINGHAM, Respondent, v. SOLVAY PROCESS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1913.) Action by Lewis B. Tottingham against the Solvay Process Company. No opinion. Motion for leave to appeal to Court of Appeals (from 140 N. Y. Supp. 1148) denied, with $10 costs.

TRAINOR v. WHITE RATS ACTORS' UNION. (Supreme Court, Appellate Division, First Department. February 28, 1913.) In the matter of Val Trainor against the White Rats Actors' Union. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 146 App. Div. 942, 131 N. Y. Supp. 1147; 140 N. Y. Supp. 1148.

TRAINOR, Respondent, v. WHITE RATS ACTORS' UNION, Appellant. (Supreme Court, Appellate Division, First Department. March 28, 1913.) In the matter of Val Trainor against the White Rats Actors' Union. M. L. Malevinsky, of New York City, for appellant. G. T. Murray, of New York City, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 140 N. Y. Supp. 1148.

INGRAHAM, P. J., and LAUGHLIN, J., dissent.

In re TROY TRUST CO. (Supreme Court, Appellate Division, Third Department. March 5, 1913.) In the matter of the judicial settlement of the accounts of the Troy Trust Company, as substituted trustee of the trusts in the will of Rachel S. Wilson, deceased. No opinion. Decree unanimously affirmed, with costs in favor of respondent Anna L. Schuyler, as executrix, etc., of Philip Schuyler, deceased, against appellants Stephen Schuyler and Gertrude Schuyler.

UNION DIME SAVINGS BANK, Respondent, v. BROCKMAYER, Appellant, et al. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Action by the Union Dime Savings Bank against August W. Brockmayer, impleaded with others. I. L. Bamberger, of New York City, for appellant. F. C. Tanner, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

UNITED MERCHANTS' REALTY & IMPROVEMENT CO., Respondent, et al. v. GLASSHEIM, Appellant. (Supreme Court, Appellate Division, First Department. March 7, 1913.) Action by the United Merchants' Realty & Improvement Company against Abraham Glassheim, impleaded with others. R. Greenbaum, of New York City, for appellant. C. Levy, of New York City, for respondent.